**PER CURIAM:**

The judgment of conviction is affirmed.

There was sufficient evidence on the heroin count (the one seriously contested) to permit the case to go to the jury. We do not find that the presumption allowed by Turner v. United States, 396 U.S. 398, 90 S.Ct. 642, 24 L.Ed.2d 610, was used.

The point about no members of appellant's race being on the jury falls under Swain v. Alabama, 380 U.S. 202, 85 S.Ct. 824, 13 L.Ed.2d 759, because there was no tender of a showing that such members were systematically excluded.

The testimony about association with another charged with a crime we find harmless, if it was improperly admitted.

wacks, Attys., Tax Division, Department of Justice, Washington, D. C., Robert W. Rust, U. S. Atty., of counsel, for appellees.

Before JOHN R. BROWN, Chief Judge, and TUTTLE and GODBOLD, Circuit Judges.

**PER CURIAM:**

The judgment of the trial court is affirmed. Venn v. United States, 400 F.2d 207, 5 Cir., 1968; United States v. Roundtree, 420 F.2d 845, 5 Cir., 1969.

The stay order entered by the trial court staying the effect of its judgment of April 16, 1970, is hereby vacated.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

**v.**

**Alvin Harrison PETERSON, Defendant-**
**Appellant.**

**No. 25909.**

United States Court of Appeals,
Ninth Circuit.

Jan. 18, 1971.

Rehearing Denied March 22, 1971.

**UNITED STATES of America, and William P. Bushmiaer, Special Agent of the Internal Revenue Service, Petitioners-Appellees,**

**v.**

**B. B. SIGELBAUM, Respondent-**
**Appellant.**

**No. 29766.**

United States Court of Appeals,
Fifth Circuit.

Jan. 14, 1971.

Rehearing Denied Feb. 18, 1971.

E. David Rosen, Miami, Fla., for appellant.

Lavinia Redd, Asst. U. S. Atty., Miami, Fla., Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson, Joseph M. Howard, John M. Brant, Meyer Roth-

James A. Alfieri, of McDonell & Alfieri, Seattle, Wash., for appellant.

Stan Pitkin, U. S. Atty., William H. Rubidge, J. Byron Holcomb, Asst. U. S. Attys., Seattle, Wash., for appellee.

Before KOELSCH, CARTER and WRIGHT, Circuit Judges.

**PER CURIAM:**

The "concurrent sentences" rule first announced in Sinclair v. United States, 279 U.S. 263, 299, 49 S.Ct. 268, 73 L.Ed. 692 (1929) and consistently adhered to